# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

AUG 0 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America
vs.
Alfonso Arreguin Alvarado

)
)
)
)
)

**Case No.**    1:17-MJ-120-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Alfonso Arreguin Alvarado__ , have discussed with _____Dan Stark_____ , Pretrial Services Officer, modifications of my release conditions as follows:

To modify the conditions of release to replace Arailt Arreguin-Alvarado and Lorena Alvarado as third party custodians with Flor Vazquez who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED:    _Flor Vazquez_
CUSTODIAN

All previous ordered conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    8/4/17    _____    08/04/2017
Signature of Defendant        Date            Pretrial Services Officer        Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    8/8/2017
Signature of Assistant United States Attorney            Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    8/8/2017
Signature of Defense Counsel                Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    8/8/17    .

[ ] The above modification of conditions of release is *not* ordered.

_____                    8/8/17
Signature of Judicial Officer                Date

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services